# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAKOWSKI,<br><br>              Petitioner,<br>    v.<br>SCOTT JONES, Warden,<br><br>              Respondent. | Case No. ED CV 17-01756 ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 9, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE